1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   Matthew C. Bockmon, Bar #161566
    Assistant Federal Defender
3   801 I Street, 3rd. Floor
    Sacramento, California  95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    BILLY JAMES CRUZ
6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   CASE NO. CR-S-04-136 GEB
                                     )
12               Plaintiff,          )   **STIPULATION AND [PROPOSED] ORDER**
                                     )   **TO CONTINUE STATUS HEARING AND TO**
13          v.                       )   **EXCLUDE TIME PURSUANT TO THE**
                                     )   **SPEEDY TRIAL ACT**
14                                   )
    BILLY JAMES CRUZ,                )
15                                   )   Date:   December 14, 2012
                 Defendant.          )   Time:   9:00 a.m.
16  _____ )   Judge:  Garland E. Burrell, Jr.

17         It is hereby stipulated and agreed to between the United States of America through OLUSERE

18  OLOWOYEYE, Assistant U.S. Attorney, and defendant, BILLY JAMES CRUZ, by and through his counsel,

19  MATTHEW C. BOCKMON, Assistant Federal Defender, that the status conference set for Friday, December

20  7, 2012, be continued to Friday, December 14, 2012, at 9:00 a.m.   The parties have conferred and agree that

21  additional time is needed.

22         It is further stipulated that the time period from the date of this stipulation, December 4, 2012, through

23  and including the date of the new status conference hearing, December 14, 2012, shall be excluded under the

24  Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense

25  / / /

26  / / /

27  / / /

28

1  counsel with the reasonable time to prepare, and that the ends of justice to be served by granting the

2  continuance outweigh the best interests of the public and the defendant in a speedy trial.

3  DATED:  December 4, 2012

4                                                    DANIEL BRODERICK
                                                     Federal Defender
5
                                                      /s/ Matthew C. Bockmon
6                                                    MATTHEW C. BOCKMON
                                                     Assistant Federal Defender
7                                                    Attorney for Defendant
                                                     BILLY JAMES CRUZ
8

9                                                    BENJAMIN B. WAGNER
                                                     United States Attorney
10
                                                     /s/ Matthew C. Bockmon for
11                                                   OLUSERE OLOWOYEYE
                                                     Assistant U.S. Attorney
12                                                   Attorney for United States

13
                                   **O R D E R**
14

15          Based on the reasons set forth in the stipulation of the parties filed on December 4, 2012, and good

16  cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.   IT IS HEREBY

17  ORDERED that the status conference currently scheduled for Friday, December 7, 2012, be vacated and that

18  the case be set for **Friday, December 14, at 9:00 a.m.**  The Court finds that the ends of justice served by

19  granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.

20  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' December 4, 2012,

21  stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is

22  excluded during the time period from the date of this stipulation, December 4, 2012, through and including

23  December 14, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv)  and Local Code T4.

24  Dated:   December 4, 2012

25

26                                        _____
                                          GARLAND E. BURRELL, JR.
                                          Senior United States District Judge
27

28                                                    2