# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**BILLY JAMES CRUZ**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number: **2:04CR00136-01**<br><br>Matthew Bockmon<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]  admitted guilt to violation of charge(s) 1 through 6 as alleged in the violation petition filed on 4/18/12 .

[ ]  was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __ .

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The court: [✔] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on  7/16/04  .

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  Charge(s)  __  is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

12/14/12
Date of Imposition of Sentence

*[signature]*
Signature of Judicial Officer

**GARLAND E. BURRELL, JR.**, Senior U. S. District Judge
Name & Title of Judicial Officer

1/10/13
Date

AO 245D-CAED (Rev. 09/2011) Judgment in a Criminal Case for Revocation Sheet 1
Case 2:04-cr-00136-GEB   Document 24   Filed 01/11/13   Page 2 of 3

CASE NUMBER:     2:04CR00136-01                                          Judgment - Page 2 of 3
DEFENDANT:       BILLY JAMES CRUZ

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Failure to Submit Truthful and Complete Written Reports | 1 - 4/2012 |
| 2 | Failure to Report to the Probation Officer | 3/19/12 |
| 3 | Failure to Report to the Probation Officer 10 days prior to any change in residence or employment | 3/14/12 |
| 4 | Failure to Participate in a Correctional Treatment Program to obtain assistance for drug or alcohol abuse as directed | 1/17/12 |
| 5 | Failure to participate in a program of testing | 1/19/12 |
| 6 | New Law Violation | 11/6/12 |

| | | |
|---|---|---|
| CASE NUMBER: | 2:04CR00136-01 | Judgment - Page 3 of 3 |
| DEFENDANT: | BILLY JAMES CRUZ | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 15 months .

[x]     No TSR: Defendant shall cooperate in the collection of DNA.

[ ]     The court makes the following recommendations to the Bureau of Prisons:

[✔]     The defendant is remanded to the custody of the United States Marshal.

[ ]     The defendant shall surrender to the United States Marshal for this district.
        [ ] at ___ on ___ .
        [ ] as notified by the United States Marshal.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
        [ ] before _ on ___ .
        [ ] as notified by the United States Marshal.
        [ ] as notified by the Probation or Pretrial Services Officer.
        If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
          Deputy U.S. Marshal